# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### FAYETTEVILLE DIVISION

IN THE MATTER OF**: JENNY STATON HINNANT**          CASE NO:  **16-01412-5-JNC**

## REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1.  That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
| --- | --- | --- |
| **MASSENGILL MOTORS**<br>**2912 FOREST HILL RD**<br>**WILLIAMSTON, NC 27892** | **$38.96** | **12/07/2017** |

2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**August 13, 2018**                    _____/s/ Joseph A. Bledsoe, III_____
                                       **JOSEPH A. BLEDSOE, III**
                                       **CHAPTER 13 TRUSTEE**
                                       **P. O. BOX 1618**
                                       **NEW BERN, NC  28563**
                                       **(252) 633-0074**