# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## FAYETTEVILLE DIVISION

IN THE MATTER OF: **JENNY STATON HINNANT**          CASE NO: **16-01412-5-JNC**

### REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **MASSENGILL MOTORS**<br>**2912 FOREST HILL RD**<br>**WILLIAMSTON, NC 27892** | $56.62 | 10/05/2017 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**August 13, 2018**              /s/ Joseph A. Bledsoe, III
                                                 **JOSEPH A. BLEDSOE, III**
                                                 **CHAPTER 13 TRUSTEE**
                                                 **P. O. BOX 1618**
                                                 **NEW BERN, NC  28563**
                                                 **(252) 633-0074**